**E-FILED**
Wednesday, 07 February, 2007  12:41:35 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
CHAMPAIGN/URBANA DIVISION

JAMES DANIEL MATHEIN,                   )
                                        )
                 Plaintiff              )
                                        )
v.                                      )          Civil Action No.: _____
                                        )
                                        )
DAVOL INC., a Rhode Island corporation; )
C. R. BARD, INC., a New Jersey corporation, )
                                        )
                 Defendants.            )

### NOTICE OF FILING

TO:     Joseph W. Phebus, Esq.              Douglas Phebus, Esq.
        Phebus & Koester                    Lawton & Cates
        136 West Main Street                10 East Doty
        Urbana, Illinois 61801              Madison, Wisconsin 53703

        PLEASE TAKE NOTICE that on the 7th **day of February, 2007**, we filed, via ECF, with the
Clerk of the United States District Court for the Central District of Illinois, Champaign/Urbana
Division, 218 U.S. Courthouse, 201 S. Vine Street, Urbana IL 61802 the attached Notice of Removal,
Appearance and Civil Cover Sheet, copies of which are hereby served upon you.


                        /s/ P. Mark Crane
                        Attorneys for Defendants
                        Davol, Inc. and C.R. Bard, Inc.

P. Mark Crane, Esq.
Segal McCambridge Singer & Mahoney, Ltd.
330 N. Wabash Ave.
Chicago, IL  60611
(312) 645-7800
(312) 645-7711 (fax)

        and

Kirby T. Griffis, Esq.
Dana Alan Gausepohl, Esq.
Spriggs & Hollingsworth
13501 I Street N.W.
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)

## CERTIFICATE OF SERVICE

The undersigned, being first duly sworn on oath, depose and say that a copy of the above-mentioned pleading(s) were served on the party(ies) as above-addressed, by depositing same in the U.S. Mail Chute located at 330 N. Wabash, Chicago, Illinois 60611 7th day of February, 2007, before the hour of 5:00 p.m.

_____/s/Jeanette Erwin_____
Jeanette Erwin

Sworn and Subscribed to before me
this 7th day of February, 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
Norma J. Taylor
Notary Public, State of Illinois
My Commission Exp. 10/05/20__