E-FILED
Wednesday, 14 March, 2007 12:15:33 PM
Clerk, U.S. District Court, ILCD

# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

TO: Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Bldg.
One Columbus Circle, N.E., Room G-255
Washington, D.C. 20002

THIS FORM MUST BE RETURNED TO
THE JUDICIAL PANEL NO LATER THAN
(Noon Eastern Time)   March 12, 2007
Panel Fax No.: (202) 502-2888

MDL DOCKET No. 1842-- In re Kugel Mesh Hernia Patch Product Liability Litigation

## NOTICE OF APPEARANCE

**PARTIES REPRESENTED** (indicate plaintiff or defendant--attach list if necessary):

Sonia Montiel - Plaintiff
Carol Nunes-McNamara - Plaintiff

07-2031
FILED
MAR 14 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**SHORT CASE CAPTION(s)** (Include District(s), Civil Action No(s).-- attach list if necessary):

Sonia Montiel and Carol Nunes-McNamara, on behalf of themselves
and all others similarly situated v. Davol, Inc., and C.B. Bard,
Inc.
U.S. District Court For the District of Rhode Island
Case No. CA 07 064

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In compliance with Rule 5.2(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

3/12/07
Date

[signature]
Signature of Attorney or Designee

**Name and Address of Designated Attorney:**

Telephone No.: 312/346-2222     Fax No.: 312/346-0022

ORIGINAL ONLY OF APPEARANCE NEEDED BY US FOR FILING
A CERTIFICATE OF SERVICE WILL BE REQUIRED IF THE APPEARANCE IS RECEIVED AFTER THE DUE DATE PRINTED ABOVE

JPML Form 18

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: KUGEL MESH HERNIA PATCH LITIGATION          MDL Docket No. 1842

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Appearance and 5.3 Corporate Disclosure Statement was served by First Class Mail on March 12, 20079, 2007, to the following:

Clerk, Eastern District of Arkansas, C.A. No. 04:06-01012
Little Rock, AR

Clerk, Western District of Arkansas, C.A. No. 05:06- 05154
Fayetteville, AR

Clerk, Eastern District of Louisiana, C.A. 2:06- 05837
New Orleans, LA

Clerk, District of New Jersey, C.A. No. 2:06-04786
Newark, NJ

Clerk, Eastern District of Missouri, C.A. No. 4:06-01471
St. Louis, MO

Clerk, Northern District of Florida, C.A. No. 3:06-00541
Pensacola, FL

Clerk, Eastern District of California, C.A. No.2:07-00032
Sacramento, CA

Clerk, Central District of Illinois, C.A. No. 2:07-02031
Urbana, IL

Clerk, District of Rhode Island, C.A. No. 1:07-00064
Providence, RI

Clerk, Middle District of Tennessee, C.A. No. 3:07-00243
Nashville, TN

Callis L. Childs
Attorney at Law
243 U.S. Highway 64 East
Conway, AR 72032
   **Counsel for Plaintiffs: Carolene Jean Carter, et al.,**
      E.D. Arkansas, C.A. No. 04:06-01012

Cindy L. Hawkins
Attorney at Law
PO Box 805
105 Holcomb Street
Springdale, AR 72765-0809
   **Counsel for Plaintiffs: Mary Jane Campbell, et al.,**
      W.D. Arkansas, C.A. No. 05:06- 05154

Christine Lynn DeSue
Franklin G. Shaw
Leger & Mestayer
600 Carondelet Street, 9th Floor
New Orleans, LA 70130
   **Counsel for Plaintiffs: Faye Gleber, et al.,**
      E.D. Louisiana, C.A. 2:06- 05837

Harris L. Pogust
Pogust & Braslow, LLP
161 Washington Street, Suite 1520
Conshocken, PA 19428
   **Counsel for Plaintiffs: Jenine Von Essen, et al.,**
      D. New Jersey, C.A. No. 2:06-04786

Maurice B. Graham
M. Graham Dobbs
Gray & Ritter, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826
   **Counsel for Plaintiffs: Timothy J. Edgar, et al.,**
      E.D. Missouri, C.A. No. 4:06-01471

Bradley Syfrett Odom
Kievit Odom & Barlow
635 W. Garden Street
Pensacola, FL 32502
   **Counsel for Plaintiffs: Jane R. Wilson, et al.,**
      N.D. Florida, C.A. No. 3:06-00541

Craig Philip Niedenthal
Cory Watson Crowder
2131 Magnolia Avenue, Suite 200
Birmingham, AL 35205
    **Counsel for Plaintiffs: Jane R. Wilson, et al.,**
        N.D. Florida, C.A. No. 3:06-00541

Jonathan Alan Saul
Thomas Minder and Associates
2151 River Plaza Drive, Suite 290
Sacramento, CA 95833
    **Counsel for Plaintiffs: Daniel Poston, Darline Poston, et al.,**
        E.D. California, C.A. No.2:07-00032

Douglas Phebus
Lawton & Cates
10 East Doty
Madison, WI 53703
    **Counsel for Plaintiffs: James Daniel Mathein, et al.,**
        C.D. Illinois, C.A. No. 2:07-02031

Joseph W Phebus
Phebus & Koester
136 W Main Street
Urbana, IL 61801
    **Counsel for Plaintiffs: James Daniel Mathein, et al.,**
        C.D. Illinois, C.A. No. 2:07-02031

Donald A. Migliori
Motley Rice LLC
321 S. Main Street, 2nd Floor
PO Box 6067
Providence, RI 02940-6067
    **Counsel for Plaintiffs: Sonia Montiel, et al.,**
        D. Rhode Island, C.A. No. 1:07-00064

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Hery Leventis
Carmen Scott
Motley Rice LLC
28 Bridgeside Boulevard
PO Box 1792
Mt. Pleasant, SC 29465
    **Counsel for Plaintiffs: Sonia Montiel, et al.,**
        D. Rhode Island, C.A. No. 1:07-00064

Edward A. Wallace
Mark R. Miller
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL 60602
    **Counsel for Plaintiffs: Sonia Montiel, et al.,**
        D. Rhode Island, C.A. No. 1:07-00064

Teresa C. Toriseva
Kathy A. Brown
Wexler Toriseva Wallace LLP
1446 National Road
Wheeling, WV 26003
    **Counsel for Plaintiffs: Sonia Montiel, et al.,**
        D. Rhode Island, C.A. No. 1:07-00064

David A. Hodges
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
    **Counsel for Plaintiffs: Carolene Jean Carter, et al.,**
        E.D. Arkansas, C.A. No. 04:06-01012

    **Counsel for Plaintiffs: Mary Jane Campbell, et al.,**
        W.D. Arkansas, C.A. No. 05:06- 05154

Donald D. Zuccarello
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
    **Counsel for Plaintiff: George Andrew Luffman**
        M.D. Tennessee, C.A. No. 03:07-00243

Dana Alan Gausepohl
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
    **Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
        E.D. Arkansas, C.A. No. 04:06-01012

    **Counsel for Defendants: Davol, Inc. C.R. Bard, Inc.,**
        W.D. Arkansas, C.A. No. 05:06- 05154

    **Counsel for Defendant: Davol, Inc.,**
        E.D. Missouri, C.A. No. 4:06-01471

  **Counsel for Defendant: Davol, Inc.,**
   E.D. California, C.A. No.2:07-00032

  **Counsel for Defendant: Davol, Inc.,**
   C.D. Illinois, C.A. No. 2:07-02031

  **Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
   M.D. Tennessee, C.A. No. 3:07-00243

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C. – LR
425 W. Capitol Avenue, Suite 1800
Little Rock, AR 72201
  **Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
   E.D. Arkansas, C.A. No. 04:06-01012

  **Counsel for Defendants: Davol, Inc. C.R. Bard, Inc.,**
   W.D. Arkansas, C.A. No. 05:06-05154

William Douglas Martin
Kutak Rock LLP
214 W. Dickson
Fayetteville, AR 72701
  **Counsel for Defendants: Surgical Sense, Inc., WCO Medical Products Corporation**
   W.D. Arkansas, C.A. No. 5:06--05154

Stanton E. Shuler, Jr.
Lauren Fajoni Bartlett
Leake & Andersson, LLP
Energy Centre
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
  **Counsel for Defendants: C.R. Bard, Inc., Bard Access Systems, Inc.,**
   E.D. Louisiana, C.A. 2:06- 05837

David J. Cooner
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101
  **Counsel for Defendants: C.R. Bard, Inc., Davol, Inc.,**
   D. New Jersey, C.A. No. 2:06-04786

5

Dennie M. Zankel
Baker and Sterchi, L.L.C.
1010 Market Street, Suite 950
St. Louis, MO 63101
    **Counsel for Defendant: Davol, Inc.,**
        E.D. Missouri, C.A. No. 4:06-01471

John M. Kvartek
Clark Partington Hart Larry Bond & Stackhouse
125 W. Romana Street, Suite 800
PO Box 13010
Pensacola, FL 32591-3010
    **Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,**
        N.D. Florida, C.A. No. 3:06-00541

Thomas M. Frieder
Hassard Bonnington LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA 94111-3993
    **Counsel for Defendant: Davol, Inc.,**
        E.D. California, C.A. No.2:07-00032

Melissa Loney Stevens
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 1792
Knoxville, TN 37901-1792
    **Counsel for Defendant: C.R. Bard, Inc. and Davol, Inc.**
        M.D. Tennessee, C.A. No. 3:07-00243


Dated: March 12, 2007
                                  _____
                                  Edward A. Wallace
                                  Wexler Toriseva Wallace LLP
                                  One N. LaSalle Street, Suite 2000
                                  Chicago, IL 60602
                                  (312) 346-2222 – Telephone
                                  (312) 346-0022 – Facsimile
                                  eaw@wtwlaw.us