IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
CHAMPAIGN/URBANA DIVISION

| | |
|---|---|
| JAMES DANIEL MATHEIN,<br><br>    Plaintiff<br><br>v.<br><br>DAVOL INC., a Rhode Island corporation;<br>C. R. BARD, INC., a New Jersey corporation,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.: 2:07-cv-2031-MPM-DGB<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

The undersigned counsel, Joe G. Hollingsworth, of the firm Spriggs & Hollingsworth, 1350 I Street, NW, Washington, DC 20005, hereby gives notice of his appearance in this case as counsel on behalf of the Defendants, Davol Inc. and C.R. Bard, Inc.

/s/ Joe G. Hollingsworth
JOE G. HOLLINGSWORTH
Bar No. 203273

Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
(202) 898-5800
(202) 682-1639 (fax)

Attorneys for Defendants Davol Inc. and
C.R. Bard, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2007, a copy of the foregoing was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. Service of same has been made upon the following in the manner listed below:

Joseph W. Phebus, Esq.
Phebus & Koester
136 West Main Street
Urbana, Illinois 61801

and

Douglas Phebus, Esq.
Lawton & Cates
10 East Doty
Madison, Wisconsin 53703

*via electronic notice*


/s/ Joe G. Hollingsworth
Joe G. Hollingsworth