# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
**Urbana Division**

| | |
|---|---|
| **JAMES DANIEL MATHEIN,** ) | |
|         **Plaintiff,** ) | |
| **v.** ) | |
| ) | |
| **DAVOL, INC., a Rhode Island corporation,** ) | Case No. 07-2031 |
| **and CR BARD, INC.,** ) | |
| **a New Jersey corporation,** ) | |
| ) | |
|         **Defendant.** ) | |

# DISCOVERY ORDER

A discovery conference was held **March 21, 2007**, pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff was represented by Douglas Phebus and Joseph Phebus. Defendants were represented by Mark Crane, Kirby T. Griffis, and Joe G. Hollingsworth. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

    **WHEREFORE, IT IS ORDERED:**

    1. Parties will exchange initial disclosures pursuant to FED. R. CIV. P. 26(a)(1) by **April 23, 2007.**

    2. Plaintiff shall disclose experts and provide expert reports by **October 19, 2007.**

    3. Defendant shall disclose experts and provide expert reports by **December 3, 2007.**

    4. All discovery, including deposition of experts, is to be completed by **February 1, 2008.**

    5. The deadline for filing case dispositive motions shall be **March 17, 2008.**

    6. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **June 27, 2008, at 2:30 p.m.**

7.  The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, Chief U.S. District Judge, on **July 14, 2008, at 9:00 a.m. (for approx. 7 days) (Case No. 2).**

ENTER this 26th day of March, 2007

s/ DAVID G. BERNTHAL<br>U.S. MAGISTRATE JUDGE