E-FILED
Monday, 26 March, 2007  12:35:56 PM
Clerk, U.S. District Court, ILCD

Re: Mathein v. C.R. Bard, Case No. 2:07 CV
02031

Plaintiffs: James Daniel Mathein
Defendants: Davol, Bard
Judge: Michael P. McCluskey



FILED

MAR 2 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## BEFORE THE JUDICIAL PANEL
## ON MULTI DISTRICT LITIGATION

IN RE:  KUGEL MESH HERNIA PATCH        )
LITIGATION                            )        MDL No. 1842

### ADDITIONAL PROOF OF SERVICE OF MOTION FOR TRANSFER, COORDINATION, AND CONSOLIDATION OF RELATED ACTIONS TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA, PURSUANT TO 28 U.S.C. § 1407

Lilyan Kathleen Hall and Alonzo Hall, who are the plaintiffs in Hall v. Davol, Inc., Case No. 3:07 CV 0480-TMP, hereby provide additional proof of service of their motion to transfer, coordinate, and consolidate the related actions in this proceeding ("Motion").  The Motion was submitted for filing yesterday, March 21st, 2007 (via overnight courier), and includes a memorandum, schedule of related actions, and (original) proof of service.  This Additional Proof of Service shows service on the Clerks of Court of the fourteen judicial districts in which the related cases on the Motion are pending.  It also provides details of each related action, including the identify of the judge presiding.  (Errata are corrected at the end of this document.)

<u>Additional Proof of Service</u>

I hereby certify that a copy of the Motion, together with this Additional Proof of Service, has been served by first-class United States mail, postage prepaid, correctly addressed, this 22st day of March, 2007, as follows:

1.    Clerk of the Court, U.S. District Court, Eastern District of Arkansas
      600 West Capitol Avenue, Little Rock AR 72201-3325

      Re: <u>Carter v. Davol</u>, Case No. 4:06 CV 01012 JLH
      Plaintiffs: Carolene Jean Carter
      Defendants: Davol, Bard
      Judge: J. Leon Holmes

2.    Clerk of the Court, U.S. District Court, Northern District of Florida
      1 North Palafox St., Pensacola FL 32502

      Re: <u>Wilson v. Davol</u>, Case No. 3:06 CV 0541/MCR/EMT
      Plaintiffs: Jane R. Wilson
      Defendants: Davol, Bard
      Judge: M. Casey Rodgers

3.    Clerk of the Court, U.S. District Court, Western District of Arkansas
      P. O. Box 1547, Fort Smith AR 72902-1547

      Re: <u>Campbell v. Davol</u>, Case No. 5:06 CV 05154
      Plaintiffs: Mary Jane Campbell
      Defendants: Davol, Bard
      Judge: Jimm Larry Jendren

4.    Clerk of the Court, U.S. District Court, Eastern District of Louisiana
      500 Poydras Street, Room C-151, New Orleans LA 70130

      Re: <u>Gleber v. C.R. Bard</u>, Case No. 2:06 CV 05837
      Plaintiffs: Faye Gleber
      Defendants: Bard, Bard Access Systems, Inc.

2

Judge: Lance M. Africk

5.    Clerk of the Court, U.S. District Court, District of New Jersey
      50 Walnut Street, Newark NJ 07101

      Re: <u>Essen v. C.R. Bard</u>, Case No. 2:06 CV 04786
      Plaintiffs: Jenine Von Essen
      Defendants: Bard, Davol
      Judge: Susan D. Wiginton

6.    Clerk of the Court, U.S. District Court, Eastern District of Missouri
      111 South 10th Street, Suite 3.300, St. Louis MO 63102

      Re: <u>Edgar v. Davol</u>, Case No. 4:06 CV 01471
      Plaintiffs: Timothy J. Edgar
      Defendants: Davol
      Judge: Stephen N. Limbaugh

7.    Clerk of the Court, U.S. District Court, Eastern District of California
      501 "I" Street, Sacramento CA 95814

      Re: <u>Poston v. Davol</u>, Case No. 2:07 CV 0032
      Plaintiffs: Daniel Poston, Darline Poston
      Defendants: Davol
      Judge: Frank C. Damrell, Jr.

8.    Clerk of the Court, U.S. District Court, Central District of Illinois
      218 U.S. Courthouse, 201 S. Vine Street, Urbana IL 61802

      Re: <u>Mathein v. C.R. Bard</u>, Case No. 2:07 CV 02031
      Plaintiffs: James Daniel Mathein
      Defendants: Davol, Bard
      Judge: Michael P. McCluskey

9.    Clerk of the Court, U.S. District Court, District of Rhode Island
      One Exchange Terrace, Providence RI 02903

      Re: <u>Montiel v. Davol, Inc.</u>, Case No. 07-064

3

Plaintiffs: Sonia Montiel, Carol Nunes-McNamara
Defendants: Davol, Bard
Judge: Mary M. Lisi

10. Clerk of the Court, U.S. District Court, Northern District of Ohio
801 West Superior Avenue, Cleveland OH 44113-1830

Re: Sayler v. Davol, Case No. 1:07 CV 0765-LW
Plaintiffs: Richard H. Sayler, Lucinda J. Sayler
Defendants: Davol, Bard
Judge: Lesley Wells

11. Clerk of the Court, U.S. District Court, Middle District of Tennessee
801 Broadway, Nashville TN 37203

Re: Luffman v. C.R. Bard, 3:07 CV 0243
Plaintiffs: George A. Luffman
Defendants: Bard, Davol
Judge: Willam J. Haynes

12. Clerk of the Court, U.S. District Court, Eastern District of New York
225 Cadman Plaza East, Brooklyn NY 11201

Re: Hyland v. Davol, 2:07 CV 01054-ETB
Plaintiffs: Thomas D. Hyland, Mary Jean Hyland
Defendants: Davol, Bard
Judge: Joanna Seybert (E. Thomas Boyle, referral)

13. Clerk of the Court, U.S. District Court, Southern District of New York
500 Pearl Street, New York NY 10007-1312

Re: Katechis v. Davol, 1:07 CV 02098-BSJ
Plaintiffs: Sophia Katechis, Nicholas Katechis
Defendants: Davol, Bard
Judge: Barbara S. Jones

14. Clerk of the Court, U.S. District Court, Northern District of Alabama
1729 Fifth Avenue North, Birmingham AL 35203

Re: <u>Hall v. Davol, Inc.</u>, Case No. 3:07 CV 0480-TMP
Plaintiffs: Lilyan Kathleen Hall, Alonzo Hall
Defendants: Davol, Bard
Judge (Magistrate): T. Michael Putnam

Respectfully submitted this 22nd day of March, 2007:


_____
W. Lewis Garrison, Jr.
Ala. State Bar No. ASB-3591-N74W
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham AL 35203
Ph. 205/326-3336

*Counsel for Plaintiffs Lilyan Kathleen Hall
  and Alonzo Hall*
<u>Hall v. Davol, Inc.</u>, Case No. 3:07 CV 0480-
  TMP
(<u>In re: Kugel Mesh Hernia Patch Litigation</u>,
  MDL No. 1842)

*Of Counsel:*

Timothy C. Davis
William L. Bross
HENINGER GARRISON DAVIS, LLC
2224 First Avenue North
Birmingham AL 35203
Ph. 205/326-3336


<u>Errata</u>

Two errors in the Motion are hereby corrected as follows:

5

1.  Delete the second "the," as shown by strike-out, in this first sentence on page two of the Motion: "All related actions, by order of the ~~the~~ Judicial Panel on Multidistrict Litigation ("JPML"), should be transferred to and consolidated with <u>Hall v. Davol</u> in the Northern District of Alabama."

2.  Delete the word "of," as shown by strike-out, in this first sentence on page one of the Memorandum accompanying the Motion: "The Movants submit this Memorandum to support ~~of~~ their Motion."

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Additional Proof of Service has been served upon all counsel identified on the Involved Counsel List, plus attorneys of record in recently-filed related actions, by depositing same in the United States mail, postage prepaid, this 22nd day of March, 2007, as follows:

Callis L. Childs
Attorney at Law
243 U.S. Highway 64 East
Conway, AR 72032
Counsel for Plaintiffs: Carolene Jean Carter, et al.,
E.D. Arkansas, C.A. No. 04:06-01012

Cindy L. Hawkins
Attorney at Law
P.O. Box 805
105 Holcomb Street
Springdale. AR 72765-0809
Counsel for Plaintiffs: Mary Jane Campbell et al.,
W.D. Arkansas. C.A. No. 05:06- 05154

Christine Lynn DeSue
Franklin G. Shaw
Leger & Mestayer
600 Carondelet Street. 9th Floor
New Orleans, LA 70130
Counsel for Plaintiffs: Faye Gleber, et al.,
E.D. Louisiana. C.A. 2:06- 05837

Harris L. Pogust
Pogust & Braslow, LLP
161 Washington Street, Suite 1520
Conshocken, PA 19428
Counsel for Plaintiffs: Jenine Von Essen, et al.,
D. New Jersey, C.A. No. 2:06-04786

Maurice B. Graham

i

M. Graham Dobbs
Gray & Bitter, P.C.
701 Market Street, Suite 800
St. Louis, MO 63101-1826
Counsel for Plaintiffs: Timothy J. Edgar, et al.,
E.D. Missouri. C.A. No. 4:06-01471

Bradley Syfrett Odom
Kievit Odom & Barlow
635 W. Garden Street
Pensacola, FL 32502
Counsel for Plaintiffs: Jane R. Wilson, et al.,
N.D. Florida, C.A. No. 3:06-00541

Craig Philip Niedenthal
Cory, Watson, Crowder & DeGaris, P.C.
2131 Magnolia Avenue, Suite 200
Birmingham, AL  35205
Counsel for Plaintiffs:  Jane R. Wilson, et al.,
N.D. Florida, C.A. No.  3:06-00541

Jonathan Alan Saul
Thomas Minder and Associates
2151 River Plaza Drive, Suite 290
Sacramento, CA 95S33
Counsel for Plaintiffs: Daniel Poston, Darline Poston. et al.,
E.D. California. C.A. No.2 :01-00032

Douglas Phebus
Lawton & Cates
10 East Doty
Madison, WI 53703
Counsel for Plaintiffs: James Daniel Mathein, et al.,
C.D. Illinois. C.A. No. 2:07-02031

Joseph W. Phebus
Phebus & Koester
136 W Main Street

ii

Urbana, IL 61801
Counsel for Plaintiffs: James Daniel Mathein, et al.,
C.D. Illinois, C.A. No. 2:07-02031

Donald A. Migliori
Motley Rice LLC
321 S. Main Street. 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067
Counsel for Plaintiffs: Sonia Montiel, et al.,
D. Rhode Island, C.A. No. 1:07-00064

Fred Thompson, III
Rhett D. Klok
Fred Thompson
Hery Leventis
Carmen Scott
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
Counsel for Plaintiffs: Sonia Montiel, et al.,
D. Rhode Island, C.A. No. 1:07-00064

Edward A. Wallace
Mark R. Miller
Wexler Toriseva Wallace LLP
One N. LaSalle Street, Suite 2000
Chicago, IL  60602
Counsel for Plaintiffs: Sonia Montiel, et al.,
D. Rhode Island, C.A. No. 1:07-00064

Teresa C. Toriseva
Kathy A. Brown
Wexler Toriseva Wallace LLP
1446 National Road
Wheeling, WV 26003
Counsel for Plaintiffs: Sonia Montiel, et al.,

D. Rhode Island, C.A. No. 1:07-00064

David A. Hodges
Attorney at Law
Centre Place
212 Center Street, Fifth Floor
Little Rock, AR 72201-2429
Counsel for Plaintiffs: Carolene Jean Carter, et al.,
E.D. Arkansas, C.A. No. 04:06-01012

Dana Alan Gausepohl
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
Counsel for Defendants Davol, Inc., C.R. Bard, Inc.,
in multiple related actions

Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC – LR
425 W. Capitol Avenue, Suite 1800
Little Rock, AR  72201
Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,
E.D. Arkansas. C A. No. 04:06-01012

Stanton E. Shuler, Jr.
Lauren Fajoni Bartlett
Leake & Anderson, LLP
Energy Centre
1100 Poydras Street. Suite 1700
New Orleans. LA 70163-1701
Counsel for Defendants: C.R. Bard. Inc., Bard Access Systems, Inc.,
E.D. Louisiana. C.A. 2:06- 05837

David J. Cooner
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street

Newark, NJ 07101
Counsel for Defendants: C.R. Bard, Inc.. Davol, Inc.,
D. New Jersey, C.A. No. 2:06-04786

Dennie M. Zankel
Baker and Sterchi, L.L.C.
1010 Market Street, Suite 950
St. Louis, MO 63101
Counsel for Defendant: Davol, Inc.,
E.D. Missouri, C.A. No. 4:06-01471

John M. Kvartek
Clark Partington Hart Larry Bond & Stackhouse
125 W. Romana Street. Suite 800
P0 Box 13010
Pensacola, FL 32591-3010
Counsel for Defendants: Davol, Inc., C.R. Bard, Inc.,
N.D. Florida. C.A. No. 3:06-00541

Thomas M. Frieder
Hassard Bonnington, LLP
Two Embarcadero Center, Suite 1800
San Francisco, CA  94111-3993
Counsel for Defendant:  Davol, Inc.,
E.D. California, C.A. No.  2:07-00032

Peter J. Brodhead
Spangenberg, Shibley & Liber
1900 East Ninth Street, Suite 2400
Cleveland OH 44114
Counsel for Plaintiffs: Saylor v. Davol,
Case No. 1:07 CV 0765-LW, U.S. Dist. Ct., N.D. Ohio

Davol, Inc.
100 Sockanosset Crossroad
Cranston RI 02920
Defendant:  Hall v. Davol, Inc., Case No. 3:07 CV 0480-TMP,
Saylor v. Davol, Case No. 1:07 CV 0765-LW

v

C.R. Bard, Inc.
730 Central Avenue
Murray Hill NJ 07974
Defendant:  Hall v. Davol, Inc., Case No. 3:07 CV 0480,
Saylor v. Davol, Case No. 1:07 CV 0765-LW

Dana Alan Gausepohl
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
For Defendants in Luffman v. Bard

Melissa Loney Stevens
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P O Box 1792
Knoxville, TN 37901-1792
For Defendants in Luffman v. Bard

Samuel J. Abate, Jr.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
For Defendants in Hyland v. Bard, Katechis v. Davol

Andrew John Carboy, Sr.
Sullivan Papain Block McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271
For Plaintiffs in Hyland v. Bard, Katechis v. Davol

Donald D. Zuccarello
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
For Plaintiff in Luffman v. Bard

vi

_____

W. Lewis Garrison, Jr.