IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS
CHAMPAIGN/URBANA DIVISION

| | |
|---|---|
| JAMES DANIEL MATHEIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No.: 2:07-CV-2031-MPM-DGB |
| DAVOL INC., a Rhode Island corporation; | ) |
| C.R. BARD, INC., a New Jersey corporation | ) |
| | ) |
| Defendants. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Joseph W. Phebus, Esq.          Joe G. Hollingsworth
Phebus & Koester                Kirby T. Griffis
136 West Main Street            SPRIGGS & HOLLINGSWORTH
Urbana, Illinois 61801          1350 I Street NW, 9th Floor
                                Washington, DC 20005

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants.

Douglas Phebus
LAWTON & CATES
10 East Doty
Madison, Wisconsin 53703

/s/ Kimberly A. Kayiwa
Kimberly A. Kayiwa, Esq. (6274510)
Attorneys for Defendants
Davol, Inc. and C.R. Bard, Inc.
Segal McCambridge Singer & Mahoney, Ltd.
330 N. Wabash Ave.
Chicago, IL 60611
(312) 645-7800
(312) 645-7711 (fax)

and

Kirby T. Griffis, Esq.
Dana Alan Gausepohl, Esq.
Spriggs & Hollingsworth
13501 I Street N.W.
Washington, D.C. 20005
(202) 898-5800
(202) 682-1639 (Fax)