BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE: KUGEL MESH HERNIA PATCH LITIGATION

MDL Docket No. 1842
Mary Campbell, U.S.D.C., W.D. AR, Fayetteville Division, No. CV 06-5154

---

### RESPONSE TO MOTION OF PLAINTIFFS LILYAN KATHLEEN HALL AND ALONZO HALL FOR TRANSFER OF ACTIONS TO THE NORTHERN DISTRICT OF ALABAMA FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

07-2031
FILED
APR 16 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

1. Plaintiff, Mary Campbell, does not believe that this case should be subject to the MDL proceeding. However, Alabama is preferable to Rhode Island as a place for the proceeding if there is going to be one.

MARY CAMPBELL, PLAINTIFF

By: _____
DAVID A. HODGES
Attorney at Law
Centre Place Building
212 Center Street, Fifth Floor
Little Rock, Arkansas 72201-2429
Arkansas Bar No. 65021
Telephone: (501) 374-2400
Facsimile: (501) 374-8926
E-Mail:    david@hodgeslaw.com
Web:   www.hodgeslaw.com

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: KUGEL MESH HERNIA PATCH LITIGATION | MDL Docket No. 1842<br>Mary Campbell, U.S.D.C., W.D. AR, Fayetteville Division, No. CV 06-5154 |

## PROOF OF SERVICE

I hereby certify that a copy of the foregoing Amendment to Response Concerning Motion to Transfer, Pursuant to 28 U.S.C. § 1407 was served by First Class Mail on April 12, 2007, to the following:

Callis L. Childs
Attorney at Law
243 U.S. Highway 64 East
Conway, AR 72032
*Counsel for Plaintiff*
*Carolene Jean Carter*
*E.D. Arkansas, C.A.*
*No. 04:06-01012*

Cindy L. Hawkins
Attorney at Law
P.O. Box 805
105 Holcomb Street
Springdale, AR 72765-0809
*Counsel for Plaintiff*
*Mary Jane Campbell*
*W.D. Arkansas, CA.*
*No. 05:06-05154*

Christine Lynn DeSue
Franklin G. Shaw
Leger & Mestayer
600 Carondelet Street, 9th Floor
New Orleans, LA 70130
*Counsel for Plaintiff Faye Gleber*
*E.D. Louisiana, C.A. 2:06-05837*

Harris L. Pogust
Pogust & Braslow, LLP
161 Washington Street, #1520
Conshocken, PA 19428
*Counsel for Plaintiff*
*Jenine Von Essence*
*D. New Jersey, C.A. No. 2:06-04786*

Maurice B. Grahan
M. Graham Dobbs
Gray & Ritter, P.C.
701 Market Street, #800
St. Louis, MO 63101-1826
*Counsel for Plaintiff*
*Timothy J. Edgar*
*E.D. Missouri C.A. No. 4:06-01471*

Bradley Syfrett Odom
Kievit Odom & Barlow
635 W. Garden Street
Pensacola, FL 32502
*Counsel for Plaintiff*
*Jane R. Wilson*
*N.D. Florida, C.A. No. 3:06-00541*

Craig Philip Niedenthal
Cory Watson Crowder
2131 Magnolia Avenue, #200
Birmingham, AL 35205
*Counsel for Plaintiffs*
*Jane R. Wilson, et al.*
*N.D. Florida, C.A. No. 3:06-00541*

Jonathan Alan Saul
Thomas Minder and Associates
2151 River Plaza Drive, #290
Sacramento, CA 95833
*Counsel for Plaintiffs*
*Daniel Poston, Darline Poston, et al.*
*E.D. California, C.A. 2:06-00032*

Douglas Phebus
Lawton & Cates
10 East Doty
Madison, WI 53703
*Counsel for Plaintiff*
*James Daniel Mathein*
*C.D. Illinois, C.A. 2:07-02031*

Joseph W. Phebus
Phebus & Koester
136 W. Main Street
Urbana, IL 61801
*Counsel for Plaintiff*
*James Daniel Mathein*
*C.D. Illinois, C.A. 2:07-02031*

Donald A. Migliori
Motley Rice LLC
321 S. Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067
*Counsel for Plaintiff*
*Sonia Montiel, et al.*
*D. Rhode Island, C.A. No. 1:07-00064*

Fred Thompson III
Rhett D. Klok
Fred Thompson
Hery Leventis
Carmen Scott
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mt. Pleasant, SC 29465
*Counsel for Plaintiff*
*Sonia Montiel, et al.*
*D. Rhode Island, C.A. No. 1:07-00064*

Edward A. Wallace
Mark R. Miller
Wexler Toriseva Wallace LLP
One N. LaSalle Street, #2000
Chicago, IL 60602
*Counsel for Plaintiff*
*Sonia Montiel, et al.*
*D. Rhode Island, C.A. No. 1:07-00064*

Teresa C. Toriseva
Kathy A. Brown
Wexler Toriseva Wallace LLP
1446 National Road
Wheeling, WV 26003
*Counsel for Plaintiff*
*Sonia Montiel, et al.*
*D. Rhode Island, C.A. 1:07-00064*

Dana Alan Gausepohl
Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, NW, 9th Floor
Washington, DC 20005
*Counsel for Defendants Davol, Inc., C.R. Bard, Inc., in multiple related actions*

Ms. Lyn Peeples Pruitt
Mitchell, Williams, Selig, Gates & Woodyard, PLLC - LR
Suite 1800
425 West Capitol Avenue
Little Rock, AR 72201
*Counsel for Defendants, Davol, Inc., C.R. Bard, Inc., E.D. Arkansas C.A. No. 04:06-01012*

Stanton E. Shuler, Jr.
Lauren Fajoni Bartlett
Leake & Anderson, LLP
Energy Centre
1100 Poydras Street, Suite 1700
New Orleand, LA 70163-1701
*Counsel for Defendants: C. R. Bard, Inc., Bard Access Systems, Inc., E.D. Louisiana C.A. 2:06-05837*

David J. Cooner
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07101
*Counsel for Defendants: C. R. Bard, Inc., Davol, Inc., D. New Jersey, C.A. No. 2:06-04786*

Dennie M. Zankel
Baker and Sterchi, L.L.C.
1010 Market Street, Suite 950
St. Louis, MO 63101
*Counsel for Defendant: Davol, Inc., E.D. Missouri, C.A. NO. 4:06-01471*

John M. Kvartek
Clark Partington Hart Larry Bond & Stackhouse
125 W. Romana Street, Suite 800
P.O. Box 13010
Pensacola, FL 32591-3010
*Counsel for Defendants: Davol, Inc., C.R. Bard, Inc., N.D. Florida, C.A. No. 3:06-00541*

Thomas M. Frieder
Hassard Bonnington, LLP
Two Embarcadero Center,
Suite 1800
San Francisco, CA 94111-3993
*Counsel for Defendant: Davol, Inc. E.D. California, C.A. No. 2:07-00032*

Peter J. Brodhead
Nicholas A. Dicello
Spangenberg, Shibley & Liber
1900 East Ninth Street, Suite 2400
Cleveland, OH 44114
*Counsel for Plaintiffs: Sayler v. Davol, Case No. 1:07 CV 0765-LW, U.S. Dist. Ct., N.D. Ohio*

Davol, Inc.
100 Sockanosset Crossroad
Cranston, RI 02920
*Defendant: Hall v. Davol, Inc., Case No. 3:07 CV 0480-TMP*

C.R. Bard, Inc.
730 Central Avenue
Murray Hill NJ 07974
*Defendant: Hall v. Davol, Inc., Case No. 3:07 CV 0480*

Joe G. Hollingsworth
Spriggs & Hollingsworth
1350 I Street, NW
9th Floor
Washington, DC 20005
*Counsel for Defendants Davol, Inc., C.R. Bard, Inc., in multiple related actions*

Melissa Loney Stevens
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
P.O. Box 1792
Knoxville, TN 37901-1792
*For Defendants in Luffman v. Bard*

Samuel J. Abate, Jr.
McCarter & English, LLP
245 Park Avenue
New York, NY 10167
*For Defendants in Hyland v. Bard, Katechis v. Davol*

Andrew John Carboy, Sr.
Sullivan Papain Block McGrath & Cannavo
120 Broadway, 18th Floor
New York, NY 10271
*For Plaintiffs in Hyland v. Bard, Katechis v. Davol*

Donald D. Zuccarello
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, TN 37203
*For Plaintiff in Luffman v. Bard*

William Douglas Martin
Kutak Rock LLP
214 W. Dickson
Fayetteville, AR 72701
*Counsel for WCO Medical Products Corp. and Surgical Sense, Inc. Campbell v. Davol, Case No. 3:07 CV 0480*

W. Lewis Garrison, Jr.
Heninger Garrison Davis, LLC
2224 First Avenue North
Birmingham, AL 35203
*Counsel for Plaintiffs in Hall v. Davol, Inc., Case No. 3:07 CV 0480*

Clerk of the Court
U.S. District Court
Eastern District of Arkansas
600 West Capitol Avenue
Little Rock, AR 72201-3325
*Re: Carter v. Davol, Case No. 4:06
CV 01012 JLH*

Clerk of the Court
U.S. District Court
Northern District of Florida
1 North Palafox Street
Pensacola, FL 32502
*Re: Wilson v. Davol, Case No. 3:06
CV 0541/MCR/EMT*

Clerk of the Court
U.S. District Court
Western District of Arkansas
P.O. Box 1547
Fort Smith, AR 72902-1547
*Re: Campbell v. Davol, Case No.
5:06 CV 05154*

Clerk of the Court
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130
*Re: Gleber v. C.R. Bard
Case No. 2:06 CV 05837*

Clerk of the Court
U.S. District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07101
*Re: Essen v. C. R. Bard
Case No. 2:06 CV 04786*

Clerk of the Court
U.S. District Court
Eastern District of Missouri
111 South 10th Street, Suite 3.300
St. Louis, MO 63102
*Re: Edgar v. Davol, Case No. 4:06
CV 01471*

Clerk of the Court
U.S. District Court
Eastern District of California
501 "I" Street
Sacramento, CA 95814
*Re: Poston v. Davol,
Case No. 2:07 CV 0032*

Clerk of the Court
U.S. District Court
Central District of Illinois
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802
*Re: Mathein v. C.R. Bard
Case No. 2:07 CV 02031*

Clerk of the Court
U.S. District Court
District of Rhode Island
One Exchange Terrace
Providence, RI 02903
*Re: Montiel v. Davol, Inc.
Case No. 07-064*

Clerk of the Court
U.S. District Court
Northern District of Ohio
801 West Superior Avenue
Cleveland, OH 44113-1830
*Re: Sayler v. Davol,*
*Case No. 1:07 CV 0765-LW*

Clerk of the Court
U.S. District Court
Middle District of Tennessee
801 Broadway
Nashville, TN 37203
*Re: Luffman v. C.R. Bard,*
*3:07 CV 0243*

Clerk of the Court
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
*Hyland v. Davol,*
*2:07 CV 01054-ETB*

Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
*Re: Katechis v. Davol,*
*1:07 CV 02098-BSJ*

Clerk of the Court
U.S. District Court
Northern District of Alabama
1729 Fifth Avenue North
Birmingham, AL 35203
*Hall v. Davol, Inc.*
*Case No. 3:07 CV 0480*

_____
DAVID A. HODGES