UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| JAMES DANIEL MATHEIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> C.R. BARD, INC., a corporation, and ) <br> DAVOL, INC., a corporation, ) <br> ) <br> Defendants. ) | Cause No. 07-L-2031 |

**PLAINTIFF'S MEMORANDUM IN**
**OPPOSITION TO DEFENDANTS' MOTION TO STAY**

**I.**
**Introduction**

On June 1, 2007, Defendants Davol, Inc., and C.R. Bard, Inc., filed a Motion for Stay of Discovery and Opposition to the Plaintiff's Motion to Compel Discovery thereby mysteriously combining a motion with a memorandum in opposition to a different motion. Interestingly on the prior day, May 31, 2007, a senior partner for the lead attorneys for these defendants, Mr. Joe G. Hollingsworth, argued before the MDL Panel that there should not be a consolidation of cases but rather that discovery should proceed in the individual cases. In addition, he appeared to indicate that the defendants had proactively identified thousands of documents and that those were available on CDs. If this is in fact the case, what burden or harm is presented by furnishing plaintiff with these disks at this time – none.

There are similar cases in which plaintiff has been advised some discovery has occurred. Excluding a particular plaintiff's medical records, documents

that have been supplied by Davol and Bard in other cases should promptly be supplied in this case.

The plaintiff's attorneys in this case and numerous of the other plaintiffs' attorneys have agreed to cooperate in taking depositions so as to reduce the burden of litigation on all. A number of 30(b)(6) depositions are being arranged. The plaintiff's attorneys in this case have been offered an opportunity to participate, however meaningful participation may be limited without prior discovery.

In that the defendants have the documents assembled and possibly even on CDs, there is no rational basis to delay the production until the MDL Panel has decided whether or not to consolidate the matters over the defendants' objections to consolidation. There is nothing wasteful about prompt discovery.

The court should order the defendants to comply with the discovery requests and to provide Rule 26 preliminary disclosures.

    JAMES DANIEL MATHEIN, Plaintiff, by
    his Attorney, Joseph W. Phebus of the law
    firm of PHEBUS & KOESTER

s/    J.W. PHEBUS
    J. W. PHEBUS
    Attorney for Plaintiff
    PHEBUS & KOESTER
    136 West Main Street
    Urbana, Illinois 61801
    Telephone: (217) 337-1400
    Fax: (217) 337-1607
    *jwphebus@phebuslaw.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

P. Mark Crane
Segal McCambridge Singer & Mahoney, Ltd
Suite 200
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone: 312-645-7800
Fax: 312-645-7711
Email: *mcrane@smsm.com*

Kimberly A. Kayiwa
Segal McCambridge Singer & Mahoney, Ltd
Suite 200
330 North Wabash Avenue
Chicago, Illinois 60611
Telephone: 312-645-7800
Fax: 312-645-7711
Email: *kkayiwa@smsm.com*

Joe G. Hollingsworth
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
Telephone: 202-898-5800
Fax: 202-682-1639
Email: *jhollingsworth@spriggs.com*

Kirby T. Griffis
Spriggs & Hollingsworth
1350 I Street, NW
Washington, DC 20005
Telephone: 202-898-5800
Fax: 202-682-1639
Email: *kgriffis@spriggs.com*

                                       s/  J.W. PHEBUS
                                            J. W. PHEBUS
                                            Attorney for Plaintiff
                                            PHEBUS & KOESTER
                                            136 West Main Street
                                            Urbana, Illinois 61801
                                            Telephone: (217) 337-1400
                                            Fax:  (217) 337-1607
                                            *jwphebus@phebuslaw.com*

*f:\docs\joe\mathein\memo re stay.doc*